IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY WILLIAMS, et al., | : |
| Plaintiffs, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 14-6727 |
| U-HAUL INTERNATIONAL, INC., U-HAUL CO. OF CALIFORNIA, COLUSA QUICK SERVICE MARKET, K&B TRANS., INC. | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this __14th__ day of January, 2015, upon consideration Defendants' U-Haul International, Inc., U-Haul Co. of California, and Colusa Quick Serve Market Motion to Dismiss or, in the Alternative, a Motion for a More Definite Statement (Doc. 7) and Plaintiff's Response (Doc. 12), **IT IS HEREBY ORDERED AND DECREED** that Defendants' Motion to Dismiss is **DENIED IN PART AND GRANTED IN PART** as follows:

(1) Defendants' Motion to Dismiss is **DENIED** as to Counts I, V, and VI of the Fifth Amended Complaint.[1]

(2) Defendants' Motion to Dismiss is **GRANTED** as to Counts II and III of the Fifth Amended Complaint.

(3) Defendants' Motion in the Alternative for a More Definite Statement is **DENIED**.[2]

---

[1] Defendants do not challenge the claims alleged in Count V and VI.

[2] This Order accompanies the Court's Memorandum Opinion dated January 14, 2015.

**IT IS FURTHER ORDERED** that Defendants' Request for Leave to File a Reply Brief (Doc. 16) is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.C.J.**