IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY WILLIAMS, et al., : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> U-HAUL INTERNATIONAL, INC., U-HAUL CO. OF CALIFORNIA, COLUSA QUICK SERVICE MARKET, K&B TRANS., INC. : <br> : <br> Defendants. : | CIVIL ACTION <br><br> NO. 14-6727 |

### ORDER

**AND NOW**, this __25th__ day of February, 2015, upon consideration of Plaintiffs' Motion for Reconsideration (Doc. 31) and Defendants U-Haul International, Inc.'s, U-Haul Co. of California's, and Colusa Quick Service Market's Response in Opposition (Doc. 36), **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Motion for Reconsideration is **GRANTED**.[1] The Court's January 14, 2015 Order (Doc. 28) is **VACATED**. Defendants' Motion to Dismiss (Doc. 7) is **DENIED** in its entirety.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Leave to File Reply to Opposition of Defendants (Doc. 38) is **DENIED**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated February 25, 2015.