IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY WILLIAMS, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | **CIVIL ACTION** |
| **v.** : | |
| : | **NO. 14-6727** |
| **U-HAUL INTERNATIONAL, INC.,** : | |
| **U-HAUL CO. OF CALIFORNIA, COLUSA** : | |
| **QUICK SERVICE MARKET, K&B** : | |
| **TRANS., INC.** : | |
| : | |
| **Defendants.** : | |

## ORDER

**AND NOW**, this __18th__ day of November, 2016, upon consideration of Defendant K&B Transportation, Inc.'s Motion for Summary Judgment (Docs. 76-121), Plaintiff's Response (Docs. 123-24), and Defendant K&B Transportation, Inc.'s Reply thereto (Doc. 127), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.[1]

                                                       **BY THE COURT:**

                                                       **/s/ Petrese B. Tucker**

                                                       _____
                                                       **Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated November 18th, 2016.