

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GARY WILLIAMS, et al

                            :          CIVIL ACTION
                            :

      vs.                  :

                            :          NO. 14-6727

U-HAUL INTERNATIONAL, INC., et
al

## O R D E R


       **AND NOW, TO WIT:** This 15th day of June, 2017,
it having been reported that the issues between the parties in
the above action has been settled and upon Order of the Court
pursuant to the provisions of Rule 41.1(b) of the Local Rules of
Civil Procedure of this Court (effective January 1, 1970), it is

       **ORDERED** that the above action is **DISMISSED** with
prejudice, pursuant to agreement of counsel without costs.


FILED

JUN 15 2017

KATE BARKMAN, Clerk
By_____ Dep. Clerk


**KATE BARKMAN**, Clerk of Court

BY:_____
      Kimberly Scott
      Deputy Clerk


ENTERED

JUN 15 2017

CLERK OF COURT


Civ 2 (7/83)
41.1(b)