# EXHIBIT "A"

# EXHIBIT "A"

## **VERIFICATION**

I, GARY WILLIAMS, plaintiff in the foregoing Petition to Approve Allocation, state that (1) the facts set forth are true and correct to the best of my knowledge, information and belief; (2) that I have discussed the allocation between my personal injury claim and my wife's loss of consortium claim with my wife and my attorneys; and (3) that I approve of the allocation requested in the foregoing Petition.

This statement is made subject to the penalties of 18 Pa.C.S. §4904, which relates to unsworn falsification to authorities.

_____
GARY WILLIAMS

## **VERIFICATION**

I, NINA WILLIAMS, plaintiff in the foregoing Petition to Approve Allocation, state that (1) the facts set forth are true and correct to the best of my knowledge, information and belief; (2) that I have discussed the allocation between my husband's personal injury claim and my loss of consortium claim with my husband; and (3) that I approve of the allocation requested in the forgoing Petition.

This statement is made subject to the penalties of 18 Pa.C.S. §4904, which relates to unsworn falsification to authorities.

_____
NINA WILLIAMS