# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY WILLIAMS, et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 14-6727** |
| **K&B TRANSPORTATION INC.,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this _14th____ day of August, 2017, upon consideration of Plaintiffs' Petition to Approve Allocation Between Plaintiff Gary Williams' Personal Injury Claim and Plaintiff Nina Williams' Loss of Consortium Claim (Doc. 252), **IT IS HEREBY ORDERED AND DECREED** that the requested allocation of settlement proceeds is **GRANTED**, allocating 90% of the proceeds to Gary Williams' personal injury claim and 10% of the proceeds to Nina Williams' loss of consortium claim.

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**